IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDERSON THURSTON,

        Plaintiff,                     No. CIV S-08-0452 FCD GGH P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.           ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In his complaint, plaintiff alleges violations of his civil rights by defendants.[1] The alleged violations took place in Fresno County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d).

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the

---

[1] It has been long-standing policy to transfer cases intradistrict to the division wherein the events complained of occurred where, as here, any defendants named who reside outside that division are named in a nominal or official capacity, as in this instance.

1

1  court. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's
2  request to proceed in forma pauperis.
3        Good cause appearing, IT IS HEREBY ORDERED that:
4        1. This court has not ruled on plaintiff's request to proceed in forma pauperis;
5        2. This action is transferred to the United States District Court for the Eastern
6  District of California sitting in Fresno; and
7        3. All future filings shall reference the new Fresno case number assigned and
8  shall be filed at:

      United States District Court
      Eastern District of California
      2500 Tulare Street
      Fresno, CA 93721

DATED: 03/10/08

      /s/ Gregory G. Hollows

      GREGORY G. HOLLOWS
      UNITED STATES MAGISTRATE JUDGE

GGH:bb
thur0452.22