# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDERSON THURSTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. 1:08-cv-00342-AWI-SMS PC<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 1) |

　　　Plaintiff Anderson Thurston ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on February 27, 2008. The Court has screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and found that it state a claim against Defendants Cassesi, Vilaysane, Igbinosa, and Ahlin for violation of the Eighth Amendment.[1] Fed. R. Civ. P. 8(a); <u>Erickson v. Pardus</u>, 127 S.Ct. 2197, 2200 (2007); <u>Alvarez v. Hill</u>, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

　　　1.　　Service shall be initiated on the following defendants:

　　　　　　　　G. CASSESI

　　　　　　　　DR. K. VILAYSANE

　　　　　　　　FELIX IGBINOSA, CMO

---

[1] In a Findings and Recommendations issued concurrently with this order, the Court recommended dismissal of Defendants Schwarzenegger, Tilton, Kernan, Yates, and Grannis for failure to state a claim upon which relief may be granted against them.

1

1              JOHN AHLIN, AW

2   2.   The Clerk of the Court shall send Plaintiff four (4) USM-285 forms, four (4)

3        summonses, a Notice of Submission of Documents form, an instruction sheet and a

4        copy of the complaint filed February 27, 2008.

5   3.   Within **thirty (30) days** from the date of this order, Plaintiff shall complete the

6        attached Notice of Submission of Documents and submit the completed Notice to the

7        Court with the following documents:

8        a.   Completed summons;

9        b.   One completed USM-285 form for each defendant listed above; and

10       c.   Five (5) copies of the endorsed complaint filed February 27, 2008.

11  4.   Plaintiff need not attempt service on Defendants and need not request waiver of

12       service.  Upon receipt of the above-described documents, the Court will direct the

13       United States Marshal to serve the above-named defendants pursuant to Federal Rule

14       of Civil Procedure 4 without payment of costs.

15  5.   <u>The failure to comply with this order will result in a recommendation that this action</u>

16       <u>be dismissed</u>.

17

18  IT IS SO ORDERED.

19  **Dated:   May 21, 2008**              /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE