# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDERSON THURSTON, | CASE NO. 1:08-cv-00342-AWI-SMS PC |
| Plaintiff, | ORDER THAT SERVICE WILL NOT PROCEED AT THIS TIME AND REQUIRING PLAINTIFF TO FILE AN AMENDED COMPLAINT WITHIN THIRTY DAYS |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | (Doc. 18) |
| Defendants. | |

Plaintiff Anderson Thurston ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on February 27, 2008, and on May 9, 2008, the Court screened Plaintiff's complaint and ordered Plaintiff to either file an amended complaint or notify the Court of his willingness to proceed only on the claims that had been found to be cognizable by the Court in the order. 28 U.S.C. § 1915A. On May 19, 2008, Plaintiff filed a notice stating that he did not wish to file an amended complaint and was willing to proceed only on his cognizable claims. The Court recommended dismissal of the claims found to be not cognizable and issued service documents to Plaintiff on May 21, 2008. Plaintiff completed and returned the service documents on May 30, 2008, but filed an objection to the dismissal of his claims found not be to cognizable on June 6, 2008.

Plaintiff's objection to the dismissal of his claims contradicts his notice that he does not wish to amend and demonstrates that he is not willing to proceed only on the claims found to be cognizable by the Court in its order.

///

1  Accordingly, the complaint shall not be served by the United States Marshal at this time and
2  Plaintiff is HEREBY REQUIRED to file an amended complaint **within thirty (30) days** from the
3  date of service of this order.

5  IT IS SO ORDERED.

6  **Dated:   June 10, 2008**              /s/ Sandra M. Snyder
                                           UNITED STATES MAGISTRATE JUDGE