# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDERSON THURSTON, | CASE NO. 1:08-cv-00342-AWI-SMS PC |
| Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATIONS |
| v. | (Doc. 14) |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

In light of the filing of the amended complaint, the findings and recommendations addressing the original complaint, filed May 21, 2008, are HEREBY VACATED.

IT IS SO ORDERED.

**Dated:   June 24, 2008**                              /s/ Sandra M. Snyder
                                                                   UNITED STATES MAGISTRATE JUDGE

1