# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDERSON THURSTON, | CASE NO. 1:08-cv-00342-AWI-SMS PC |
| Plaintiff, | ORDER ADOPTING FINDING AND RECOMMENDATION, AND DENYING MOTION FOR PRELIMINARY INJUNCTION |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | (Docs. 3 and 11) |
| Defendants. | |

Plaintiff Anderson Thurston ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 9, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on Plaintiff and which contained notice to Plaintiff that any objection to the Finding and Recommendation was to be filed within thirty days. Plaintiff filed an Objection on June 2, 2008.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis. As explained by the Magistrate Judge, the purpose of a preliminary injunction is to preserve the status quo if the balance of equities so heavily favors the moving party that justice requires the court to intervene to secure the positions until the merits of the action are ultimately determined. <u>University of Texas v. Camenisch</u>, 451 U.S. 390, 395 (1981). A preliminary injunction is available to a plaintiff who "demonstrates either (1) a combination of probable success and the possibility of

1 | irreparable harm, or (2) that serious questions are raised and the balance of hardship tips in its favor."
2 | Arcamuzi v. Continental Air Lines, Inc., 819 F. 2d 935, 937 (9th Cir. 1987).  Under either approach
3 | the plaintiff "must demonstrate a significant threat of irreparable injury."  Id.   Here, Plaintiff has
4 | failed to provide sufficient evidence of irreparable injury.   While Plaintiff has provided documents
5 | written about Valley Fever, these documents are not properly admitted into evidence.  Plaintiff has
6 | failed to show that if a preliminary injunction ordering his transfer is not granted, he will contract
7 | Valley Fever and be irreparably harmed.
8 |        Accordingly, IT IS HEREBY ORDERED that:
9 |    1.   The Finding and Recommendation, filed May 9, 2008, is adopted in full; and
10 |   2.   Plaintiff's motion for preliminary injunctive relief, filed February 27, 2008, is
11 |        DENIED.

13 | IT IS SO ORDERED.
14 | **Dated:   June 24, 2008**              /s/ Anthony W. Ishii
                                 UNITED STATES CHIEF DISTRICT JUDGE