# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDERSON THURSTON, | CASE NO. 1:08-cv-00342-AWI-SMS PC |
| Plaintiff, | ORDER FINDING SERVICE OF AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | (Doc. 20) |

Plaintiff Anderson Thurston is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on February 27, 2008. The Court has screened Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A, and finds that it states a cognizable Eighth Amendment claim against Defendants Tilton, Kernan, Yates, Igbinosa, Grannis, Cassesi, Ahlin, and Vilaysane.[1] Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

    1.    Service is appropriate for the following defendants:

        JAMES TILTON, FORMER CDCR SECRETARY

        SCOTT KERNAN, CDCR UNDERSECRETARY

        WARDEN JAMES YATES

---

[1] Plaintiff alleges a violation of his rights under the Eighth and Fourteenth Amendments. Because the Eighth Amendment is applicable to the states through the Fourteenth Amendment, e.g., Kennedy v. Lousiana, 128 S.Ct. 2641, 2649 (2008), Plaintiff's reference to the Fourteenth Amendment is treated as such, as there are no other legal claims identified and no factual allegations supporting any claims other than an Eighth Amendment claim.

1

1           FELIX IGBINOSA, CHIEF MEDICAL OFFICER

2           N. GRANNIS

3           G. CASSESI

4           ASSOCIATE WARDEN JOHN AHLIN

5           DR. K. VILAYSANE

6    2.   The Clerk of the Court shall send Plaintiff eight (8) USM-285 forms, eight (8)
7         summonses, a Notice of Submission of Documents form, an instruction sheet and a
8         copy of the amended complaint filed June 19, 2008.
9    3.   Within **thirty (30) days** from the date of this order, Plaintiff shall complete the
10        attached Notice of Submission of Documents and submit the completed Notice to the
11        Court with the following documents:
12        a.   Completed summons;
13        b.   One completed USM-285 form for each defendant listed above; and
14        c.   Nine (9) copies of the endorsed amended complaint filed June 19, 2008.
15   4.   Plaintiff need not attempt service on Defendants and need not request waiver of
16        service. Upon receipt of the above-described documents, the Court will direct the
17        United States Marshal to serve the above-named defendants pursuant to Federal Rule
18        of Civil Procedure 4 without payment of costs.
19   5.   <u>The failure to comply with this order will result in a recommendation that this action
20        be dismissed</u>.

IT IS SO ORDERED.

**Dated:   April 6, 2009**           /s/ Sandra M. Snyder
                                     UNITED STATES MAGISTRATE JUDGE