IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDERSON THURSTON, | 1:08-cv-00342-AWI-SMS PC |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME TO REPLY |
| vs. | (Motion#41) |
| ARNOLD SCHWARZENEGGER, et al., | DEADLINE:  July 21, 2010 |
| Defendants. | |
| _____/ | |

On June 28, 2010, Defendants filed a motion to extend time to reply to Plaintiff's opposition to their motion for summary judgment.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants' motion is GRANTED, and Defendants shall file their reply on or before July 21, 2010.


IT IS SO ORDERED.

**Dated:   July 1, 2010**                     /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE